IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01466-LTB-MJW

SUSIE CHAVARIA,

Plaintiff(s),

v.

PEAK VISTA COMMUNITY HEALTH CENTERS,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions (docket no. 14) is GRANTED as follows. I find that the subject interrogatories subparts are not discrete and I find that the Defendant has not exceeded the number of interrogatories as outlined in the Rule 16 Scheduling Order. See Semsroth v. City of Wichita, 2008 U.S. Dist. LEXIS 35380 (D. Kan. 2008)(Exhibit E attached to the subject motion (docket no.14)).

It is FURTHER ORDERED that Plaintiff shall answer all interrogatories and shall produce all documents responsive to Defendant's First Request for Production of Documents served on October 29, 2009, on or before March 8, 2010.

The parties are reminded that they must meet and confer before filing any further motions to compel discovery pursuant to D.C.COLO.LCivR 7.1 A. Moreover, I find that expenses should not be awarded to Defendant for the subject motion (docket no. 33) pursuant to Fed. R. Civ. P. 37(a)(5)(A)(i) and (iii).

Date: February 22, 2010