IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01466-LTB-MJW

SUSIE CHAVARIA,

Plaintiff(s),

v.

PEAK VISTA COMMUNITY HEALTH CENTERS,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendant's Unopposed Motion to Vacate and Reset Settlement Conference, DN 19, filed with the Court on March 12, 2010, is GRANTED. The Settlement Conference set on March 17, 2010, at 1:30 p.m., is VACATED.

    It is FURTHER ORDERED that a Telephonic Status Conference is set on March 23, 2010, at 11:00 a.m. Counsel shall have their calendars <u>and clients</u> on the conference call also in order to set a future settlement conference date. Counsel for the plaintiff shall initiate a conference call to all parties and then contact the court by calling (303) 844-2403.

Date: March 15, 2010