# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01466-LTB-MJW

SUSIE CHAVARIA,

      Plaintiff,

v.

PEAK VISTA COMMUNITY HEALTH CENTERS,
A Colorado Non-Profit Corporation,

      Defendant.

---

**ORDER RE: DEFENDANT'S UNOPPOSED MOTION FOR ORDER AUTHORIZING TELEPHONE PARTICIPATION OF INSURANCE ADJUSTOR AT SETTLEMENT CONFERENCE** *(Docket No 22 )*

---

THIS MATTER, having come before this Court on Unopposed Motion of Defendant, Peak Vista Community Health Centers, for authorization for Defendant's insurance adjustor to participate by telephone at settlement conference,

THE COURT having read said Unopposed Motion, being fully advised in the premises, and noting that good cause exists to allow telephone participation by Mr. Weber,

ORDERS that *the motion is Granted And* Defendant's insurance adjustor, John W. Weber, shall be authorized to participate by telephone at the Settlement Conference in this matter on June 9, 2010 at 1:00 p.m. at the Colorado Springs United States District Court Facility. *The Courts phone number is (303) 953-8482.*

DONE this 13Th day of April, 2010.

BY THE COURT:

Magistrate Judge Michael J. Watanabe