IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01466-LTB-MJW

SUSIE CHAVARIA,

Plaintiff(s),

v.

PEAK VISTA COMMUNITY HEALTH CENTERS,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Unopposed Motion for Entry of Stipulated Protective Order (docket no. 25) is GRANTED finding good cause shown. The written Protective Order (docket no. 25-1) is APPROVED as amended in paragraph 8 and made an Order of Court.

Date: April 19, 2010